# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:20-cr-120-T-02JSS | DATE: | September 16, 2020 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v. | | **GOVERNMENT COUNSEL** Kelly Howard-Allen | |
| STEVEN CHUN | | **DEFENSE COUNSEL** Nicole Waid, Retained (Chun) | |
| **COURT REPORTER:** | Scott Gamertsfelder | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 1:57 – 2:18 | **TOTAL:** 0:21 | **COURTROOM:** | Video Conference |

## PROCEEDINGS: INITIAL APPEARANCE / DETENTION HEARINGS

[X]   DEFENDANTS PRESENT   [X] ADVISED OF CHARGES   [X] ARREST DATE: 9/16/20
[X]   DEFENDANTS PROVIDED WITH COPY OF INDICTMENT; COURT SUMMARIZED CHARGES
[X]   COURT ADVISES DEFENDANTS OF RULE 5 RIGHTS
[X]   DEFENDANTS CONSENT TO PROCEED BY VIDEO CONFERENCE
[X]   GOVT ORAL MOTION FOR RELEASE
[X]   GOVT POSITION ON RELEASE: Bond in the sum of $300,000.00, to be co-signed by mother, surrender passport, no contact with witnesses, travel restricted MDFL, report to Pretrial Services, mother as a third party custodian
[X]   DEFENDANT ORAL MOTION FOR RELEASE
[X]   DEFENDANT POSITION: agrees with conditions of release requested by the Government
[X]   Parties are to contact courtroom deputy with date agreed upon for Arraignment

[X]   COURT ORDERS:

   [X]      Defendant shall report to Pretrial Services as directed.
   [X]      Defendant shall contact Pretrial Services Officer Ashley Watson on September 17, 2020 at 9:00 a.m. at (813) 865-9415 and also make arrangements to surrender his passport.
   [X]      Defendant shall avoid all contact with potential witnesses or victims in this case, except that this restriction does not apply to members of Defendant's immediate family and does not prohibit Defendant's counsel from contacting witnesses as necessary to prepare the defense nor does it prohibit Defendant from contacting witnesses as necessary to cooperate with the Government.
   [X]      Defendant shall surrender his passport to Pretrial Services.  Upon being placed on probation, being taken into custody for imposition of sentence, dismissal, or not guilty verdict, Defendant will have 180 days to file a motion requesting the return of the passport. If such motion is not filed, Pretrial Services will return Defendant's passport to the United States Department of State.
   [X]      Defendant shall post a signature bond in an amount totaling $300,000.00.