UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　CASE NO. 8:20-cr-120-T-WFJ-JSS

STEVEN CHUN and
DANIEL TONDRE

      Defendants.
_____/

# DEFENDANT STEVEN CHUN'S NOTICE OF FILING EXHIBITS

On February 8, 2022, Dr. Chun filed a Motion to Dismiss Counts 1 and 12-16 (Doc. 63). On the date of filing, undersigned counsel neglected to attach the two exhibits referenced in that motion. Those exhibits (Exhibits A and B) are attached here for the court's consideration.

Respectfully submitted,

*/s/ Mark P. Rankin*
Mark P. Rankin
Florida Bar No. 0177970
The Law Office of Mark P. Rankin, P.A.
1410 N. Westshore Blvd., Ste. 200
Tampa, FL 33607
Telephone No. (727) 365-1751
mark@rankinlawoffice.com

and

/s/ *Nicole H. Waid*
Nicole H. Waid, Esq.
Florida Bar No. 0121720
FISHERBROYLES, LLP
2390 Tamiami Trail North
Suite 100
Naples, Florida 34103
Phone: (202) 906-9572
Fax: (239) 236-1360
nicole.waid@fisherbroyles.com

Attorneys for Dr. Steven Chun

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the AUSA of record and counsel for any co-defendants.

 /s/ *Mark P. Rankin*
Mark P. Rankin