UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:20-cr-120-WJJ-JSS

STEVEN CHUN ET AL.

### UNITED STATES' MOTION TO COMPEL ORDER

The United States hereby moves that this Court issue an order pursuant to the provisions of Title 18, United States Code, § § 6001 et seq., compelling Alec Burlakoff to give testimony or provide other information, which he refuses, to give or provide on the basis of his privilege against self-incrimination, as to all matters about which he may be questioned in the above-captioned proceeding and respectfully alleges as follows:

1. The said witness is due to be called to testify and provide other information in this trial.[1]

2. In the judgment of the undersigned, the testimony and other information from said witness is necessary to the public interest.

---

[1] Mr. Burlakoff, a named co-conspirator, was interviewed several times in advance of, and after his conviction, in U.S. v. Simon et al, 12 F.4th 1 (1st Cir. 2021). Copies of such interviews, and the witness' prior trial testimony, have been provided to defense counsel in discovery.

3. In the judgment of the undersigned, said witness, through his attorney, has refused to testify and provide other information at trial on the basis of his privilege against self-incrimination.

4. This application is made with the approval of Jennifer A. H. Hodge, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003 and 28 C.F.R § 0.175. A copy of the letter from said Deputy Assistant Attorney General expressing such approval is attached hereto.

MEMORANDUM OF LAW

The Court's duties in granting an order requesting that a witness be immunized are largely ministerial. Therefore, if the order is properly requested, a judge has no discretion to deny it.[2] United States v. Fletcher, 347 F. Appx 507, 512 (11th Cir. 2009); United States v. Leyva, 513 F.2d 774, 776 (5th Cir. 1975). Accordingly, notice to a witness who is the subject of an immunity petition is not required,[3] and the order granting same may be granted without hearing on an ex parte basis. Fletcher, 347 F. Appx at 512; Leyva, 513 F.2d at 776; United States v. Pacella, 622 F.2d 640, 643-644 (2d Cir. 1980).

Should a witness refuse to testify pursuant to an order issued consistent with the above procedures, it is then appropriate to have a hearing on a motion by the

---

[2] As such, and believed to be outside its purview, the undersigned has not conferred with defense counsel per IV.B of the Court's Pretrial Discovery Order. (Dkt. 34).

[3] The undersigned has notified Mr. Burlakoff's attorney of such application.

United States to compel the testimony of the witness in question. See <u>Fletcher</u>, 347 F. Appx at 509-10; <u>Leyva</u>, 513 F.2d at 775-777; <u>Pacella</u>, 622 F.2d at 644.

    WHEREFORE, it is respectfully requested that this motion be granted.[4]

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Kelley C. Howard-Allen*
      Kelley C. Howard-Allen
      Assistant United States Attorney
      Florida Bar No.: 0085464
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      E-mail: Kelley.Howard@usdoj.gov

---

[4] Proposed orders are prohibited under Local Rule 3.01(f). If necessary or requested, the undersigned can submit a proposed order granting the relief requested herein.

U.S. v. Steven Chun, et al.   Case No. 8:20-cr-120-WJJ-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

By: */s/ Kelley C. Howard-Allen*
Kelley C. Howard-Allen
Assistant United States Attorney
Florida Bar No.: 0085464
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Kelley.Howard@usdoj.gov