

**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General*  　　　　　　　　　　*Washington, D.C.  20530*

Feb 3, 2022

Mr. Roger B. Handberg III
Acting United States Attorney
Middle District of Florida
400 N. Tampa Street, Suite 3200,
Tampa, FL 33602

**Attention:**　　Kelley Howard-allen
　　　　　　　　Middle District of Florida

**Re:**　　Witness Immunity Authorization
　　　　　Alec Burlakoff

Dear Mr. Handberg:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Middle District of Florida for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Alec Burlakoff to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　*/s/ Jennifer A.H. Hodge*

　　　　　　　　　　　　　　　　　Jennifer A.H. Hodge
　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General