UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

        **Plaintiff,**

vs.                                        CASE NO. 8:20-cr-120-T-02JSS

STEVEN CHUN and
DANIEL TONDRE

        **Defendants.**
_____/

### DEFENDANT STEVEN CHUN'S MEMORANDUM IN SUPPORT OF DEFENDANTS' JOINT MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Dr. Steven Chun, and files this Memorandum in Support of Defendants' Joint Motion to Continue Trial and states as follows:

1. Trial in this case is set for May 2022. Pending before the Court is Defendants' Joint Motion to Continue Trial;

2. The United States filed a motion in opposition to the motion on March 3, 2022;

3. Undersigned counsel files this memorandum in support to note two things for the Court's consideration in ruling on the motion;

4. First, undersigned counsel is still working to access all of the discovery provided by the United States – most recently regarding audio recordings that are difficult to locate or access – and which must be transcribed for trial;

5. Second, the United States suggests that, should the Court grant a continuance, that a date certain of September 6, 2022, is an appropriate date. Undersigned counsel are available for trial the month of September 2022 and beginning on September 6.

Counsel see no reason why trial would need to be further continued beyond September 2022.

WHEREFORE, for the reasons stated herein, Defendant Dr. Steven Chun respectfully submits this memorandum in support of the defendants' joint motion to continue trial.

Respectfully submitted,

/s/ Mark P. Rankin
Mark P. Rankin
Florida Bar No. 0177970
The Law Office of Mark P. Rankin, P.A.
1410 N. Westshore Blvd., Ste. 200
Tampa, FL 33607
Telephone No. (727) 365-1751
Email: mark@rankinlawoffice.com

and

/s/ Nicole H. Waid
Nicole H. Waid, Esq.
Florida Bar # 0121720
FISHERBROYLES, LLP
2390 Tamiami Trail North
Suite 100
Naples, Florida 34103
Phone: (202) 906-9572
Fax: (239) 236-1360
Email: nicole.waid@fisherbroyles.com

Attorneys for Dr. Steven Chun

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the AUSA of record and counsel for any co-defendants.

/s/ Mark P. Rankin
Mark P. Rankin