UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Steven Chun, Daniel Tondre
8:20-cr-00120-WFJ-JSS

| **Date**: April 19, 2022 | **Court Reporter**: Tana Hess |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 10:09 AM-10:40 AM & \| Total: 31 min | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Kelley Howard-Allen, AUSA | Mark Rankin, Esq. Ret.- Telephone |
| Jennifer Peresie, AUSA-Telephone | Nicole Hughes Waid, Esq. Ret. -Telephone |
| | Bjorn Brunvand, Esq. Ret.-Telephone |
| | Bjorn Brunvand for Roger Futerman, Esq. Ret.-Telephone |
| | Jacob Grollman, Esq.- Witness attorney-Telephone |

| **Evidentiary Hearing** ||

The Court hears argument on Government's Motion to take deposition (Dkt. 105).

Government called Aqsa Nawaz-Chowdry, witness sworn.

Government offered Exhibits 1-3. No objection. Exhibits stipulated. Exhibits 1- 3 admitted.

Witness excused.

Government called Jacob Grollman, witness sworn.

Witness excused.

Government argued in favor of Motion to Take Deposition.

Defense argued against Government's Motion to take Deposition (Dkt. 105)

| |
|---|
| Joint Oral motion to defer ruling on Dkt. 105. Until additional filing is made later this week. |
| Oral order granting oral motion to defer ruling. |
| If no additional filing is made by the end of week, court to set a status hearing. |
| Court in recess |