UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:20-cr-120-WFJ-JSS

  Plaintiff,       ☐
  Government    ☒      ☒ Evidentiary
                       ☐ Trial
                       ☐ Other
v.

STEVEN CHUN ET AL.

  Defendant      ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 4-19-22 | 4-19-22 | Stipulated | Text communication with Aqsa Nawaz dated January 1, 2014 |
| 2 | 4-19-22 | 4-19-22 | Stipulated | Karen Hill and Aqsa Nawaz redacted email dated October 15, 2013 |
| 3 | 4-19-22 | 4-19-22 | Stipulated Aqsa Nawaz Choudry | Letter from Parkview Physician Group dated March 23, 2022 (redacted) |
|  |  |  |  |  |
|  |  |  |  |  |