| Control Number | FROM | TO | Date | Time | Extracted Text |
|---|---|---|---|---|---|
| JMBM-KH-001102 | '+12052619227 |  | 1/21/2014 | 11:40:15 AM GMT | From: +12052619227 Date: 01/21/2014 11:40:15 AM GMT<br><br>7 scripts yesterday from dr. Chun. All 1200 and 1600 mcg. Some are new pts converting from actiq :) |