UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO: 8:20-cr-120-WFJ-JSS

STEVEN CHUN and
DANIEL TONDRE
_____/

## **ORDER**

THIS MATTER is before the court on the United States' Motion for Rule 15 Deposition ("Motion") (Dkt. 105) and Defendants' Response in Opposition to the Motion (Dkt. 121). On April 19, 2022, the court held an evidentiary hearing on the Motion. The parties presented evidence to the court regarding the alleged unavailability of a potential witness for trial. At the close of the hearing, the parties asked the court to defer ruling on the Motion because the parties intended to submit a stipulation to the court that would resolve or moot the issues presented on this Motion.

The parties filed a joint motion in limine and submitted a proposed stipulation on April 21, 2022. (Dkt. 148.) In the stipulation, the parties agreed that the potential deponent is unavailable for trial and that that her prior testimony could be admitted into evidence pursuant to Federal Rule of Evidence 804(b)(1). (*Id.*) The court adopted the parties' stipulation. (Dkt. 156.) Based on the parties' representations to the court during the evidentiary hearing, the deposition is no longer required.

Accordingly, the United States' Motion for Rule 15 Deposition (Dkt. 105) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Tampa, Florida, on April 27, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record