UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:20-cr-120-WFJ-JSS

STEVEN CHUN, and
DANIEL TONDRE

**UNITED STATES' MOTION TO ALLOW LAPTOP COMPUTER
AND CELLULAR TELEPHONE IN UNITED STATES COURTHOUSE**

The United States of America, by its undersigned attorneys, hereby respectfully files this motion to allow retired HHS-OIG Special Agent Kyle Ford to bring a laptop computer and cellular telephone into the United States Courthouse, located at 801 N. Florida Ave., Tampa, FL, and, in support thereof, states as follows:

1. Trial is set to begin May 9, 2022, and is expected to last three to four weeks.

2. Kyle Ford, as the former case agent, is assisting the government with exhibits at counsel's table. He is also expected to testify as a summary witness for the government.

3. The United States requests that Kyle Ford be allowed to carry his laptop computer (Dell Latitude 7400, bearing serial number 27HFP73) and personal iPhone inside the Courthouse for the duration of trial in the above-captioned case.

WHEREFORE, the United States hereby requests that Local Rule of Procedure 4.11 be waived, and that Kyle Ford be permitted to bring his laptop and

cell phone into the Courthouse for purposes of assisting the government and presenting evidence at trial.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Kelley C. Howard-Allen*
      Kelley C. Howard-Allen
      Assistant United States Attorney
      Florida Bar No.: 0085464
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6103
      E-mail: Kelley.Howard@usdoj.gov

By:   */s/ Jennifer L. Peresie*
      Jennifer L. Peresie
      Assistant United States Attorney
      United States Attorney No. 120
      E-mail: Jennifer.Peresie@usdoj.gov

U.S. v. Chun et al.                                              Case No. 8:20-cr-120-WFJ-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel.

                                              */s/ Kelley C. Howard-Allen*
                                              Kelley C. Howard-Allen
                                              Assistant United States Attorney
                                              Florida Bar No.: 08564
                                              400 N. Tampa St., Ste. 3200
                                              Tampa, FL 33602-4798
                                              Telephone: (813) 274-6000
                                              Facsimile: (813) 274-6103
                                              E-mail: Kelley.Howard@usdoj.gov