UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-120-WFJ-JSS

STEVEN CHUN ET AL.

**ORDER**

The United States of America moved the Court to permit retired HHS-OIG Special Agent Kyle Ford to bring a laptop computer and cellular telephone into the United States Courthouse for the duration of trial of the above-referenced case. (Doc. 172). The motion is granted. (Doc. 182).

WHEREFORE, for the reasons stated in the United States' motion, it is hereby ORDERED that Kyle Ford is approved to enter the United States Courthouse on May 9, 2022, for the duration of trial in the above-referenced case with the following devices: a laptop computer (Dell Latitude 7400, bearing serial number 27HFP73) and iPhone.

Dated: May 9, 2022

WILLIAM F. JUNG
United States District Judge