UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 8:20-cr-120-WFJ-JSS

STEVEN CHUN
_____/

## ORDER ENTERING JUDGMENT OF ACQUITTAL

Pursuant to Fed. R. Crim. P. 29(a) the Court acquits Steven Chun of Count 12 and Count 16 of the Superseding Indictment.

**DONE AND ORDERED** in Tampa, Florida on this 23rd day of May, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
U.S. Pretrial Services
U.S. Probation
U.S. Probation