UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:20-cr-120-WJF-JSS

STEVEN CHUN

## VERDICT

1. **Count One of the Superseding Indictment**

   As to the offense of Conspiracy, in violation of 18 U.S.C. § 371,

   We, the Jury, find the defendant, STEVEN CHUN:

   Guilty ___✓___     Not Guilty _____

2. **Count Seven of the Superseding Indictment**

   As to the offense of Receiving Remuneration—Kickbacks and Bribes, in violation of 42 U.S.C. § 1320a–7b(b)(l),

   We, the Jury, find the defendant, STEVEN CHUN:

   Guilty ___✓___     Not Guilty _____

3. **Count Eight of the Superseding Indictment**

   As to the offense of Receiving Remuneration—Kickbacks and Bribes, in violation of 42 U.S.C. § 1320a–7b(b)(l),

   We, the Jury, find the defendant, STEVEN CHUN:

   Guilty ___✓___     Not Guilty _____

4. **Count Nine of the Superseding Indictment**

As to the offense of Receiving Remuneration—Kickbacks and Bribes, in violation of 42 U.S.C. § 1320a–7b(b)(1),

We, the Jury, find the defendant, STEVEN CHUN:

Guilty ✓           Not Guilty _____

5. **Count Ten of the Superseding Indictment**

As to the offense of Receiving Remuneration—Kickbacks and Bribes, in violation of 42 U.S.C. § 1320a–7b(b)(1),

We, the Jury, find the defendant, STEVEN CHUN:

Guilty ✓           Not Guilty _____

6. **Count Eleven of the Superseding Indictment**

As to the offense of Receiving Remuneration—Kickbacks and Bribes, in violation of 42 U.S.C. § 1320a–7b(b)(1),

We, the Jury, find the defendant, STEVEN CHUN:

Guilty ✓           Not Guilty _____

SO SAY WE ALL, this 24th day of May, 2022.

