# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:20-cr-120-WFJ-JSS

STEVEN CHUN
_____/

## ORDER GRANTING RELEASE PENDING APPEAL

Upon consideration of Defendant Steven Chun's motion for release pending appeal (Dkt. 332), the Court grants relief permitting Mr. Chun's continued release during his appeal contingent upon his earnestly prosecuting same.

In accordance with 18 U.S.C. § 3143(b)(A), the Court finds by clear and convincing evidence that Mr. Chun is not likely to flee or pose a danger to anyone's safety. Mr. Chun is a retired medical doctor with no criminal history. On September 16, 2020, Mr. Chun was granted pretrial release with conditions imposed and has not since violated any conditions. He continues to assist his elderly mother at his home where they have resided for over 20 years.

Under § 3143(b)(B), the Court finds the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in one for the four: (1) reversal; (2) a new trial; (3) a sentence that does not include imprisonment; or (4) a reduced sentence to a term of imprisonment less than the total time served plus the expected appeal period. Substantial questions of law or

fact are those "of more substance than would be necessary to a finding that it was not frivolous" or a "close" question that "could very well be decided the other way." *United States v. Giancola*, 754 F.2d 898, 901 (11th Cir. 1985). For the purposes of this Order only, the Court finds substantial questions to include those matters cited by Chun in his instant motion.

The Court grants the motion for release pending appeal (Dkt. 332) with the condition that Chun expeditiously prosecute his appeal. Chun's BOP reporting date is stayed. The conditions of his release remain in place until the earlier of further order of this Court, or issuance of the Eleventh Circuit's mandate on Chun's appeal.

**DONE AND ORDERED** at Tampa, Florida, on February 22, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record